IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUANE HICKMAN,

        Petitioner,

  v.

UNKNOWN,

        Respondent.

No. 2:22-CV-1825-DAD-DMC-P

ORDER

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's request for judicial notice, ECF No. 13.

        The Court may take judicial notice pursuant to Federal Rule of Evidence 201 of matters of public record. See U.S. v. 14.02 Acres of Land, 530 F.3d 883, 894 (9th Cir. 2008). Thus, this Court may take judicial notice of state court records, see Kasey v. Molybdenum Corp. of America, 336 F.2d 560, 563 (9th Cir. 1964), as well as its own records, see Chandler v. U.S., 378 F.2d 906, 909 (9th Cir. 1967). Under Rule 201, the Court may also judicially notice matters which are not subject to dispute because the matter is generally known within the Court's territorial jurisdiction or can be readily and accurately determined from sources whose accuracy cannot be questioned. See Fed. R. Evid. 201(b).

///

1

Here, Petitioner asks the Court to take judicial notice of a document captioned <u>Subrogated Party, Real Party in Interest v. The People, Real Party in Interest</u>, and entitled "Release of Property From Escrow."  <u>See</u> ECF No. 13.  This document appears to be typed by Petitioner and contains some hand-written elements.  The document is signed by Petitioner.  The documents does not, however, appear to be one that is an official judicial record of any court, nor is the document one that cannot be subject to dispute or can be readily and accurately determined from other valid sources.

Accordingly, IT IS HEREBY ORDRED that Petitioner's request for judicial notice, ECF No. 13, is DENIED.

Dated:  November 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE